LAGOS *v.* THE STATE.

GILBERT, J. All assignments of error on constitutional grounds have been decided adversely to the contention of the plaintiff in error, in *Delaney* v. *Plunkett*, 146 *Ga.* 547 (91 S. E. 561), and in *Bunger* v. *State*, and *Barbour* v. *State*, ante, 667, 672. All other assignments of error are without merit. The evidence authorized the verdict.

*Judgment affirmed. All the Justices concur, except Fish, C. J., and At-*

*kinson, J.,* who dissent for the reason indicated in the cases of *Bunger*
v. *State* and *Barbour* v. *State, ante.*

No. 203. APRIL 10, 1917.

Accusation of misdemeanor; from city court of Savannah—
Judge Rourke. July 1, 1916. Transferred by Court of Appeals.

Costos Lagos was convicted in the city court of Savannah on an
accusation charging him with a violation of the prohibition law.
The accusation contained four counts. The defendant was found
guilty on the second, third, and fourth counts. He filed a mo-
tion for a new trial, and a motion in arrest of judgment. Both
motions were overruled, and he excepted. The second count
charged him with having in his possession at one time more than
one gallon of vinous liquors. The third count charged him with
having in his possession at one time more than six gallons (48
pints) of malted liquors and fermented liquors. The fourth count
charged him with having in his possession at one time more than
two quarts of spirituous liquors.

*Bouhan & Herzog,* for plaintiff in error.

*Walter C. Hartridge, solicitor-general,* contra.